IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:25-MJ-9187-RHH |
| | ) |
| DAMEON G. CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Geoffrey S. Ogden, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

Defendant is charged with transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, in violation of 18 U.S.C. Section 875(c). Defendant represents a danger to the community, and in support thereof states as follows:

### Defendant's Criminal Threats and Erratic Behavior

1.      On May 13, 2025, Meta Platforms, Inc. provided business records relating to account identifier 100000183245736 which allegedly made a threat to commit violence against

another person. The records revealed Defendant to be the subscriber for that account. Additionally, the records showed that on May 12, 2025, at approximately 3:00 PM, Defendant posted a status update which stated the following:

"[D.K.] IM LOOKING 4 U ACTIVELY IM KILLING U TODAY THANKS TO THE ILLINOIS-STATE POLICE DEPARTMENT I HAVE FOUGHT MY WHOLE LIFE MY MYSELF ITS FINISHED FOR U NIGGA @highlight"

2.     Those records also listed the last location of the mobile phone associated with the account at 38.593864486696, -90.230021776271 at approximately 6:50 PM CST on May 12, 2025. This location corresponded to approximately 2801 Cherokee St, St. Louis, MO 63118, within the Eastern District of Missouri.

3.     Further investigation revealed that Defendant made additional status updates and live videos throughout May 12, 2025, and May 13, 2025, until Defendant's Facebook account was taken down. Examples of those texts are listed below:

a.     At approximately 5:36 PM on May 12, 2025 – "IM NOT AFRIAD OF DEATH NOR JAIL"

b.     At approximately 5:59 PM on May 12, 2025, Defendant posted an image what appears to be a black Smith & Wesson pistol in the waist band of Defendant's pants with the caption "THING I CARE!!! Babe I'm FEELING SO GOOD TODAY!!! Lol How U Doing? IM AMAZING!!! IN OTHER NEWS IT'S A MAN HUNT!!!"



Dameon Christian
23h · 🌐

    c.      At approximately 6:36 PM on May 12, 2025 – "WHEN IM DONE A MAXI PAD AINT GONE BE ABLE TO SATURATE THE BLOOD THAT IM ABOUT TO BLEED"

    d.      At approximately 9:36 AM on May 13, 2025 – "I'M NOT OK & ITS OK BUT IM STILL ON A MISSION!!!! Thanks for Loving Me and 4 The Many Memories!!! I SAID WHAT I SAID THE POLICE DIDNT GIVE A DAMN SO WHY SHOULD I…. [D.K.] IM ON YOUR ASS BOI!!! IM GETTING MY PAYBACK SINCE NOONE SEEMS TO UNDERSTAND HOW U FUCKED MY ENTIRE LIFE UP!!! IM A SHOW U!!! @highlight THIS NOT A THREAT IT'S A PROMISE!!! I GOT TWELVE INTENTIONAL ROUNDS IM A LOAD OFF IN YOUR ASS LITERALLY LET U REALLY SEE WHAT IT FEELS LIKE!!! I HATE U I HATE U I HATE U"

e.      At approximately 9:36 AM on May 13, 2025 – "IM NOT SEEKING ATTENTION!!! THIS SHIT HAPPENED AND IM TIRED OF FIGHTING… YES IT HURTS BUT IM TIRED OF NIGHTMARES AND DRS APPTS AND PSYCH VISITS ONLY TO HAVE MEDICINE INCREASED!!!"

f.      At approximately 10:35 AM on May 13, 2025 – "Big John I'm Foming to Shoot Ur Shit Up Too On Missorui Avenue U Exposed Me To Crack In My Ass Known Ass A Butt Bump!!! You was a Killer and I was Scared of U but I'm Not No More and Lil Mike Cripple Ass Bet Not Be There Too!!!"

g.      At approximately 10:35 AM on May 13, 2025 – "Ralph Pettyl Just Shot a Window Out IN your Church It Felt Fucking Gud."

4.      At approximately 5:59 PM on May 12, 2025, Defendant posted a status update which included a screenshot of what appeared to be Defendant's phone call history which included two missed phone calls from the Illinois State Police. It included the caption "NOW THE DETECTIVE WANT TO CALL ME…ITS TOO LATE NOW…REMEMBER YALL TOO BUSY FIGHT REAL CRIME AINT THAT WHAT YOUR BOSS LOOKED ME IN ME EYE AND SAID TO ME



5.      Multiple attempts to contact Defendant were made by investigators for the Illinois State Police and the Federal Bureau of Investigation. On several occasions, law enforcement officers were able to reach Defendant, but he refused to cooperate with or meet with law enforcement.

**Criminal Complaint and Subsequent Shooting**

6.      On May 16, 2025, Defendant was charged by way of criminal complaint, and an arrest warrant was issued that same date. After the criminal complaint, investigators became aware of additional criminal activity.  On May 17, 2025, at approximately 4:38 p.m., Defendant drove up to the front of an individual's residence, known as L.S., located in East Saint Louis, and fired what appeared to be a pistol at L.S.'s residence approximately five times.  Investigators learned that Defendant had made threats against L.S. via Facebook on or about May 12-13, 2025, the same

timeframe that Defendant was making the aforementioned threats on Facebook. L.S. said he was next to a window when Defendant began firing at the house, and L.S. identified Defendant as the driver/shooter. Moreover, investigators obtained a security video at L.S.'s residence that depicted a white van pulling up to the home and shooting five times at the residence. The driver/shooter was wearing a bright orange sweatshirt, similar to the same attire Defendant was wearing on May 12, 2025, during his Facebook Live videos. The van in the video also matched the description of a white Nissan Van, the keys to which Defendant was in possession of when he was arrested on May 17, 2025. Finally, a precision location ping of Defendant's phone at approximately 4:40 p.m. placed him near the shooting.

7.     Defendant represents a clear danger to the community. His erratic and threatening behavior alone represented a clear danger to the community. Defendant removed all doubt by his most recent actions in following up on the threats by shooting at L.S.'s residence on May 17, 2025. Under these circumstances, there are simply no conditions or combination of conditions that could reasonably assure the safety of the community in the event Defendant was granted a bond. He should be detained pending resolution of his criminal case.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY


*/s/Geoffrey S. Ogden*
GEOFFREY S. OGDEN, #66930MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200