IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:25-CR0283 RWS JMB |
| | ) |
| DAMEON G. CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said District, and moves to supplement the record on the issue of detention.

As and for its grounds, the Government states as follows:

Defendant is charged with transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, in violation of 18 U.S.C. Section 875(c). Defendant represents a danger to the community, and in support thereof states as follows:

**Defendant's Criminal Threats and Erratic Behavior**

1.  As previously argued, on May 13, 2025, Meta Platforms, Inc. provided business records relating to account identifier 100000183245736 which allegedly made a threat to commit violence against another person. The records revealed Defendant to be the subscriber for that

account. Additionally, the records showed that on May 12, 2025, at approximately 3:00 PM, Defendant posted a status update which stated the following:

> "[D.K.] (redacted full name) IM LOOKING 4 U ACTIVELY IM KILLING U TODAY THANKS TO THE ILLINOIS-STATE POLICE DEPARTMENT I HAVE FOUGHT MY WHOLE LIFE MY MYSELF ITS FINISHED FOR U NIGGA @highlight"

2. Those records also listed the last location of the mobile phone associated with the account at 38.593864486696, -90.230021776271 at approximately 6:50 PM CST on May 12, 2025. This location corresponded to approximately 2801 Cherokee St, St. Louis, MO 63118, within the Eastern District of Missouri.

3. Further investigation revealed that Defendant made additional status updates and live videos throughout May 12, 2025, and May 13, 2025, until Defendant's Facebook account was taken down. These included threats of violence and photographs of the Defendant with a firearm and they were previously detailed in the Government's original detention motions. At this time the Government would like to draw the Court's attention to one of those threats:

   a. At approximately 10:35 AM on May 13, 2025 – "R.P. (redacted full name) Just Shot a Window Out IN your Church It Felt Fucking Gud."

4. What is noteworthy about this threat is that the FBI has recently learned that on May 13, 2025, St. Louis Metropolitan Police responded to a shooting at a Church. Specifically, St. Louis Metropolitan Police responded to a shooting at the City of Refuge Christian Church in Saint Louis, Missouri. Surveillance video from the incident revealed that a man matching the Defendant's description, driving a van matching the color, make, and model of Defendant's van, parked near the church,

walked up to it, and fired at least one shot into the church. SLMPD recovered one 9mm brass casing at the scene. The pastor of the church was confirmed to be R.P. During an interview, R.P. said he recognized the man and the van in the surveillance video as Defendant Christian and Christian's van.

5. This was before another victim saw the Defendant shoot at his residence in East St. Louis, Missouri. This shooting was previously documented in the earlier detention motion and it occurred on May 17, 2025, when Defendant drove up to the front of an individual's residence, known as L.S., located in East Saint Louis, and fired what appeared to be a pistol at L.S.'s residence approximately five times. Defendant had made threats against L.S. via Facebook on or about May 12-13, 2025. L.S. said he was next to a window when Defendant began firing at the house, and L.S. identified Defendant as the driver/shooter. Moreover, investigators obtained a security video at L.S.'s residence that depicted a white van pulling up to the home and shooting five times at the residence. The driver/shooter was wearing a bright orange sweatshirt, similar to the same attire Defendant was wearing on May 12, 2025, during his Facebook Live videos. The van in the video also matched the description of a white Nissan Van, the keys to which Defendant was in possession of when he was arrested on May 17, 2025. Finally, a precision location ping of Defendant's phone at approximately 4:40 p.m. placed him near the shooting.

6. Defendant represents a clear danger to the community. His erratic and threatening behavior alone represented a clear danger to the community. Defendant removed all doubt by his most recent actions in following up on the threats by shooting at L.S.'s residence on May 17, 2025. Under these circumstances, there are simply no conditions or combination of conditions that could reasonably assure the safety of the community in the event Defendant was granted a bond. He should be detained pending resolution of his criminal case.

WHEREFORE, the Government continues its' request for pre-trial detention in this matter.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY


*/s/Colleen lang*
COLLEEN LANG, 56872MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200